**Muriel TSCHAMLER**

v.

**Arthur KELLEY.**

Supreme Judicial Court of Maine.

Argued May 1, 1984.

Decided Oct. 5, 1984.

Lipman & Parks, P.A. by Barbara L. Raimondi (orally), Sumner Lipman, Augusta, for plaintiff.

Shapiro & Daly by Harold J. Shapiro (orally), Michael J. Daly, Gardiner, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, WATHEN, GLASSMAN and SCOLNIK, JJ.

## MEMORANDUM DECISION.

The Defendant appeals from an order of Superior Court, Kennebec County, affirming a judgment of the District Court, Augusta, in an action in which the Plaintiff recovered judgment from him for a brokerage commission on the rental of certain property in Randolph.

The record contains no evidence on the issue of whether the Plaintiff was a duly licensed real estate broker and the Defendant did not raise the issue in his answer or at trial. The Court is evenly divided on the question whether proof of a valid broker's license is an essential element of the Plaintiff's case by virtue of 32 M.R.S.A. § 4116 or whether absence of such a license must be raised as an affirmative defense pursuant to M.R.Civ.P. 8(c). Accordingly, the entry is:

By an evenly divided Court judgment affirmed.

All concurring.